## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KARIM HOLLOWAY,                          :
                                         :
                    *Plaintiff,*         :
                                         :
        v.                               :        2:24-cv-05361
                                         :
CLEMENS FOOD GROUP, LLC,                 :
                                         :
                    *Defendant.*         :

## ORDER

AND NOW, this 9th day of July, upon consideration of Defendant's Motion for Summary Judgment (Dkt. 39), Plaintiff's Response thereto (Dkt. 42), and Defendant's Reply in Support of its Motion (Dkt. 45), it is hereby ORDERED that Defendant's Motion is GRANTED.

BY THE COURT:

GAIL A. WEILHEIMER,  J.